No. 241. MOTORS INSURANCE CORP. ET AL. *v.* ROBINSON, SUPERINTENDENT OF INSURANCE, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *J. Rath Crabbe* and *Clarence D. Laylin* for appellants. *C. William O'Neill,* Attorney General of Ohio, *Robert E. Leach,* Chief Counsel, and *Ralph Klapp* and *Don W. Montgomery,* Assistant Attorneys General, for appellees.

No. 96. JEFFERSON *v.* CHRONICLE PUBLISHING CO. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK dissents. MR. JUSTICE BURTON is of the opinion that probable jurisdiction should be noted. *Welburn Mayock* for appellant. *Oscar Lawler* and *John M. Hall* for appellee.

No. 103. ARNALL, DIRECTOR OF PRICE STABILIZATION, *v.* SAFEWAY STORES, INC.

*Per Curiam:* The motion to substitute Tighe E. Woods, present Director of Price Stabilization, as the party petitioner in the place and stead of Ellis Arnall, resigned, is granted. The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the United States Emergency Court of Appeals for consideration in the light of amendments to the Defense Production Act, approved June 30, 1952, 66 Stat. 296. *Philip B. Perlman,* then Solicitor General, and *Acting Solicitor General Stern* for petitioner. *Elisha Hanson, Arthur B. Hanson* and *Garland Clarke* for respondent.